# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

2008 FEB 21 P 12: 08

ASTRID A. SUNDWALL             February 20, 2008

Plaintiff,

v.

LEUBA ET AL ,

Defendants             3:00 CV 1309 (JCH)

## REQUEST FOR RETURN OF BOND

Plaintiff in the above entitled matter respectfully request that the bond in the amount of $500. that was posted in the above case is returned to her.

By: Astrid Sundwall, Plaintiff

3 Middlecroft Road

Burlington, CT

06013 1

860-675-3585

## CERTIFICATION

Copy of the foregoing has been mailed to attorneys of records that being Assistant Attorney General Emily Lendz, Attorney General's Office, State of Connecticut, 55 Elm Street, Hartford, Ct. 06106

Astrid A. Sundwall

3 Middlecroft Road

Burlington, Ct. 06013